UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-08318-MEMF (SHK) | Date: | March 2, 2022 |
|---|---|---|---|
| Title: | *Jose Robert Castillo v. Terresa Cisneros* | | |

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) ORDER TO SHOW CAUSE**


On January 7, 2022, the Court received Respondent Theresa Cisneros's ("Respondent") (the Court notes that Respondent's name is incorrectly spelled in the case caption as "Terresa") Application for Second Extension of Time to File Answer to Petition for Habeas Corpus ("Motion"). Electronic Case Filing Number ("ECF No.") 9. On January 10, 2022, the Court granted Respondent's Motion ("Order"), allowing Respondent to file the Answer on or before February 7, 2022. ECF No. 10, Order.

As of the date of this Order, Respondent has not filed her Answer, nor has she submitted any other responsive filing in this case. Accordingly, because Respondent has failed to file her Answer by the February 7, 2022 deadline, Respondent is ordered to show cause ("OSC"), **by March 15, 2022**, why default should not be entered in favor of Petitioner for Respondent's failure to defend the case and follow Court orders. Respondent may comply with this OSC by either: (1) explaining in writing, by March 15, 2022, why an Answer or other response was not timely provided or (2) filing the Answer by March 15, 2022. If the Answer is filed by March 15, 2022, an explanation for Respondent's previous failure to timely respond will not be required.

**IT IS SO ORDERED.**