UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERT CASTILLO,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>TERRESA CISNEROS, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:21-cv-08318-MEMF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: January 21, 2025

　　　　　　　　　　　　　　　　　　　HON. MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　United States District Judge