JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERT CASTILLO,<br><br>                Petitioner,<br><br>    v.<br><br>TERRESA CISNEROS, Warden,<br><br>                Respondent. | Case No. 2:21-cv-08318-MEMF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 21, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge